UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

REBECCA S. SKEENS,

    Plaintiff,

v.                      607CV074

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

## O R D E R

Pursuant to the parties' joint stipulation of dismissal with prejudice, doc. # 19, this case is *DISMISSED WITH PREJUDICE* and thus *CLOSED*.

This _25_ day of August, 2008.


_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA